UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., and PURDUE PHARMACEUTICALS L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>Defendants. | Civil Action No. 07 CIV 8002 |

RECEIVED SEP 1 2 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Plaintiffs Purdue Pharma L.P., The P.F. Laboratories, Inc., and Purdue Pharmaceuticals L.P. hereby state, through their undersigned attorneys, as follows:

1. Purdue Pharma L.P. has no parent corporations;

2. No publicly held company owns more than 10% of Purdue Pharma L.P.'s limited partnership interests;

3. Pharmaceuticals Research Associates, Inc. is the parent company for The P.F. Laboratories, Inc.;

4. No publicly held company owns more than 10% of The P.F. Laboratories, Inc.'s stock;

5. Purdue Pharmaceuticals L.P. has no parent corporations;

      6.    No publicly held company owns more than 10% of Purdue Pharmaceuticals L.P.'s limited partnership interests.

September 12, 2007

ROPES & GRAY LLP

*/s/ Pablo Hendler/*

Herbert F. Schwartz
Denise L. Loring
Pablo D. Hendler
Richard A. Inz
  1211 Avenue of the Americas
  New York, New York 10036
  (212) 596-9000

Robert J. Goldman
  525 University Avenue
  Suite 300
  Palo Alto, California 94301
  (650) 617-4000

*Attorneys for Plaintiffs*
  *Purdue Pharma L.P.,*
  *The P.F. Laboratories, Inc., and*
  *Purdue Pharmaceuticals L.P.*

OF COUNSEL:

John J. Normile
  JONES DAY
  222 East 41st Street
  New York, New York 10017
  Telephone: 212-326-3939

*Attorneys for Plaintiffs*
  *Purdue Pharma L.P.,*
  *The P.F. Laboratories, Inc., and*
  *Purdue Pharmaceuticals L.P*