UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK
Index No. 07 CIV 8002

PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., AND PURDUE PHARMACEUTICALS L.P.

, Plaintiff(s)

- against -

APOTEX, INC., APOTEX CORP.

, Defendant(s)

State of Illinois    )
                     ) SS.:
County of Kane       )

AFFIDAVIT OF SERVICE

Steven A. Stosur being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Illinois.  That on 09/13/2007 at 12:03 PM at:
    APOTEX INC. C/O ROBERT B.BREISBLATT, WELSH & KATZ, LTD.
    120 S. RIVERSIDE PLAZA,
    22ND FLOOR
    CHICAGO IL 60606
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
CIVIL COVER SHEET
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1
STATEMENT OF RELATED CASES UNDER RULE 1.6

on APOTEX INC. C/O ROBERT B.BREISBLATT, WELSH & KATZ, LTD.

a domestic and/or foreign corporation
by delivering thereat true copies to Carol Hoefler
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Admin Assistant and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 45   HEIGHT: 5'6''   WEIGHT: 155   HAIR: BROWN   RACE: WHITE   SEX: FEMALE
OTHER: GLASSES

                                          Steven A. Stosur           License #

SWORN TO BEFORE ME 9-13-07

Joan C. Harenberg

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

OUR DOC# 19417
Ropes & Gray
1211 Avenue of Americas
New York NY 10036-
212-841-5700
2927.0043

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., and PURDUE PHARMACEUTICALS L.P

V.

APOTEX, INC., APOTEX CORP.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 8002

TO: (Name and address of Defendant)

Apotex Inc.
c/o Robert B. Breisblatt
Welsh & Katz, Ltd.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Pablo D. Hendler
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                           SEP 1 2 2007
CLERK                                                        DATE

_(signature)_
(By) DEPUTY CLERK