UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK

Index No. 07 CIV 8002

PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., AND PURDUE PHARMACEUTICALS L.P.

, Plaintiff(s)

- against -

APOTEX, INC., APOTEX CORP.

, Defendant(s)

State of Illinois )
) SS.:
County of Kane )

AFFIDAVIT OF SERVICE

Steven A. Stosur being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of Illinois. That on 09/13/2007 at 12:03 PM at:

WELSH & KATZ, LTD.
120 S. RIVERSIDE PLAZA,
22ND FLOOR
CHICAGO IL 60606

Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
CIVIL COVER SHEET
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1
STATEMENT OF RELATED CASES UNDER RULE 1.6

on APOTEX CORP.

a domestic and/or foreign corporation
by delivering thereat true copies to Carol Hoefler
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Admin Assistant and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 45  HEIGHT: 5'6''  WEIGHT: 155  HAIR: BROWN  RACE: WHITE  SEX: FEMALE
OTHER: GLASSES

Steven A. Stosur       License #

SWORN TO BEFORE ME 9-13-07
Joan C. Harenberg

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

OUR DOC# 19416
Ropes & Gray
1211 Avenue of Americas
New York NY 10036-
212-841-5700
2927.0043

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., and PURDUE PHARMACEUTICALS L.P

V.

APOTEX, INC., APOTEX CORP.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 8002

TO: (Name and address of Defendant)

Apotex Corp.
c/o Robert B. Breisblatt
Welsh & Katz, Ltd.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL  60606

and

Apotex Corp.
c/o The Corporation Trust Co.
1209 Orange Street
Wimington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Pablo D. Hendler
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York  10036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature: Marcos Quintero]*

(By) DEPUTY CLERK

SEP 1 2 2007

DATE