UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
PURDUE PHARMA L.P.,　　　　　　　　　　　　　　:　Case No. 07 CV 8002 (SHS)
THE P.F. LABORATORIES, INC., AND　　　　　　　　:
PURDUE PHARMACEUTICALS L.P.,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　Plaintiffs,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　**NOTICE OF APPEARANCE**
　　v.　　　　　　　　　　　　　　　　　　　　　:　**OF JONATHAN J. FAUST**
　　　　　　　　　　　　　　　　　　　　　　　　:
APOTEX INC. AND　　　　　　　　　　　　　　　　:
APOTEX CORP.,　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendants.　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
---------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Apotex Inc. and Apotex Corp., in the within-captioned action and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below.

Dated: September 28, 2007　　　　　　　　　　　KATTEN MUCHIN ROSENMAN LLP

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Jonathan J. Faust
　　　　　　　　　　　　　　　　　　　　　　575 Madison Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　(212) 940-8800

To:　Herbert F. Schwartz
　　　Denise L. Loring
　　　Pablo D. Hendler
　　　Richard A. Inz
　　　Ropes & Gray LLP
　　　1211 Avenue of the Americas
　　　New York, New York 10036
　　　(212) 596-9000