USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x

PURDUE PHARMA L.P.,
THE P.F. LABORATORIES, INC., AND
PURDUE PHARMACEUTICALS L.P.,

                Plaintiffs,

      v.

APOTEX INC. and APOTEX CORP.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 07 CV 8002 (SHS)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs, Purdue Pharma L.P.,

The P.F. Laboratories, Inc., and Purdue Pharmaceuticals L.P., and defendants, Apotex Inc. and

Apotex Corp. ("Defendants"), through their attorneys, that the time for Defendants to answer,

move or otherwise respond to the complaint is extended to and including November 2, 2007.

Dated: September 26, 2007

By: _____
Herbert F. Schwartz
Denise L. Loring
Pablo D. Hendler
Richard A. Inz
Attorneys for Plaintiffs
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

By: _____
Jonathan J. Faust (JF 2037)
Attorney for Defendants
Katten Muchin Rosenman, LLP
575 Madison Avenue
New York, NY 10022
(212) 940-8800

Of Counsel:

Robert B. Breisblatt
Welsh & Katz, Ltd.
22nd Floor
120 S. Riverside Plaza
Chicago, Illinois 60606

SO ORDERED: 10/1/07

_____
United States District Judge