UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PURDUE PHARMA L.P., THE P.F.                      :
LABORATORIES, INC. and PURDUE                     :
PHARMACEUTICALS L.P.,                             :
                                                  :
                Plaintiffs,                    :    07 CV 8002 (SHS)
                                                  :
    -against-                                    :    **MOTION TO ADMIT COUNSEL**
                                                  :    ***PRO HAC VICE***
APOTEX INC. and APOTEX CORP.                      :
                                                  :
                Defendants.                    :
------------------------------------------------------------x

## MOTION FOR AN ORDER ADMITTING
## ROBERT B. BREISBLATT, HARTWELL P. MORSE, III, AND KATHLEEN A.
## RHEINTGEN TO THE BAR OF THIS COURT *PRO HAC VICE*

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern and Eastern District of New York and upon the affidavit of Jonathan J. Faust, dated October 3rd, 2007, and the affidavits of Robert B. Breisblatt, Hartwell P. Morse, III and Kathleen A. Rheintgen, and the exhibits attached thereto, I, Jonathan J. Faust, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of the following individuals:

    Robert B. Breisblatt
    Welsh & Katz, Ltd.
    120 South Riverside Plaza
    22nd Floor
    Chicago, Illinois 60606
    312-655-1500

    Hartwell P. Morse, III
    Welsh & Katz, Ltd.
    120 South Riverside Plaza
    22nd Floor



Chicago, Illinois 60606
312-655-1500

Kathleen A. Rheintgen
Welsh & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
312-655-1500

Robert B. Breisblatt, Hartwell P. Morse, III, and Kathleen A. Rheintgen are all members in good standing of the bar of the State of Illinois. Robert B. Breisblatt is also a member in good standing of the bar of the State of Florida.

There are no pending disciplinary proceedings against Robert B. Breisblatt, Hartwell P. Morse, III, and Kathleen A. Rheintgen in any State or Federal court.

Dated: New York, New York
       October 3, 2007

KATTEN MUCHIN ROSENMAN LLP

By: _____
Jonathan J. Faust (JF-2037)
575 Madison Avenue
New York, New York 10022
(212) 940-8800
Attorney for Defendants
Apotex Inc. and Apotex Corp.

TO:

Herbert F. Schwartz
Denise L. Loring
Pablo D. Hendler
Richard A. Inz
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

2

Robert J. Goldman
525 University Avenue
Suite 300
Palo Alto, CA 94301
(650) 617-4000

OF COUNSEL:

John J. Normile
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PURDUE PHARMA L.P., THE P.F. :
LABORATORIES, INC. and PURDUE :
PHARMACEUTICALS L.P., :
　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　Plaintiffs, : 07 CV 8002 (SHS)
　　　　　　　　　　　　　　　　　　　　 :
　　-against- : **AFFIDAVIT OF JONATHAN**
　　　　　　　　　　　　　　　　　　　　 : **J. FAUST IN SUPPORT OF**
APOTEX INC. and APOTEX CORP. : **ADMISSION OF ROBERT B.**
　　　　　　　　　　　　　　　　　　　　 : **BREISBLATT, HARTWELL P.**
　　　　　　　　　　　　　　　　　　　　 : **MORSE, III, AND KATHLEEN**
　　　　　　　Defendants. : **A. RHEINTGEN *PRO HAC VICE***
------------------------------------------------------------x

Jonathan J. Faust, hereby affirms as follows:

　　1.　　I am a member of the bar of this Court and a partner of the firm of Katten Muchin Rosenman LLP, counsel for defendants Apotex Inc. and Apotex Corp. (collectively "Apotex") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Apotex's motion to admit Robert B. Breisblatt, Hartwell P. Morse, III, and Kathleen A. Rheintgen as counsel *pro hac vice* to represent Apotex in this matter.

　　2.　　I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January, 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, the United State Court of Appeals for the Second Circuit and the United States Supreme Court, and am in good standing with all of these courts.

3.   Robert B. Breisblatt is an attorney at Welsh & Katz, Ltd., a firm located at 120 South Riverside Plaza, 22nd Floor, Chicago, Illinois 60606. I believe that he is of, and will act with, the highest integrity.

4.   Annexed hereto as Exhibit 1 is an affidavit from Mr. Breisblatt, stating that he is a member in good standing of the bar of the State of Illinois, the bar of the State of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the Northern District of Illinois, the United State Court of Appeals for the Federal Circuit and the United States Supreme Court.

5.   Attached as Exhibit A to Mr. Breisblatt's affidavit are Certificates from the State Bar of the State of Illinois and the State Bar of the State of Florida reflecting the fact that he is an active member in good standing in the Illinois and Florida bars.

6.   Hartwell P. Morse, III is an attorney at Welsh & Katz, Ltd., a firm located at 120 South Riverside Plaza, 22nd Floor, Chicago, Illinois 60606. I believe that he is of, and will act with, the highest integrity.

7.   Annexed hereto as Exhibit 2 is an affidavit from Mr. Morse, stating that he is a member in good standing of the bar of the State of Illinois, the United States District Court for the Northern District of Illinois, the United States District Court for the Western District of Kentucky, the United States District Court for the Eastern District of Kentucky, the United State Court of Appeals for the Sixth Circuit and the United States Court of Appeals for the Federal Circuit.

8.   Attached as Exhibit A to Mr. Morse's affidavit is a Certificate from the State Bar of the State of Illinois reflecting the fact that he is an active member in good standing of the State Bar of Illinois.

9. Kathleen A. Rheintgen is an attorney at Welsh & Katz, Ltd., a firm located at 120 South Riverside Plaza, 22nd Floor, Chicago, Illinois 60606. I believe that she is of, and will act with, the highest integrity.

10. Annexed hereto as Exhibit 3 is an affidavit from Ms. Rheintgen, stating that she is a member in good standing of the bar of the State of Illinois, the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Seventh, Eighth, and Federal Circuits.

11. Attached as Exhibit A to Ms. Rheintgen's affidavit is a Certificate from the State Bar of the State of Illinois reflecting the fact that she is an active member in good standing of the State Bar of Illinois.

12. On October 1, 2007, I spoke with Plaintiffs' counsel, who confirmed that Plaintiff has no objection to admission of Robert B. Breisblatt, Hartwell P. Morse, III, and Kathleen A. Rheintgen *pro hac vice*.

13. Annexed hereto as Exhibit 4 is, respectfully, a proposed order granting the admission of Robert B. Breisblatt, Hartwell P. Morse, III, and Kathleen A. Rheintgen *pro hac vice*.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
October 3, 2007

Jonathan J. Faust (JF-2037)

Sworn to before me this
3 day of October, 2007

Notary Public

JOYCE BENTLEY
Notary Public, State of New York
No. 01BE4673410
Qualified in Kings County
Certificate Filed in New York County
Commission Expires September 30, 2010

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PURDUE PHARMA L.P., THE P.F.                :
LABORATORIES, INC. and PURDUE               :
PHARMACEUTICALS L.P.,                       :       07 CV 8002 (SHS)
                                            :
            Plaintiffs,                     :       **AFFIDAVIT OF**
                                            :       **ROBERT B. BREISBLATT IN**
    -against-                               :       **SUPPORT OF ADMISSION**
                                            :       **PRO HAC VICE**
APOTEX INC. and APOTEX CORP.                :
                                            :
            Defendants.                     :
------------------------------------------------------------x

STATE OF ILLINOIS          )
                           ) ss:
COUNTY OF COOK             )

**Robert B. Breisblatt**, being duly sworn, deposes and says:

1. I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case.

2. I am a member of the bars of the State of Illinois and the State of Florida. Attached hereto as Exhibit A are certificates of my good standing.

3. I am a member in good standing of the United States District Court for the Southern District of Florida, Northern District of Illinois, U.S. Court of Appeals for the Federal Circuit and U.S. Supreme Court.

4. There are no disciplinary proceedings pending against me in any jurisdiction nor have I ever been the subject of any disciplinary hearing.

5.  I am familiar with the Local Rules of the United States District Court for the Southern District of New York and am willing and able to comply with each of the Rules.

*[signature]*
Robert B. Breisblatt

Sworn to before me this
28th day of September, 2007

*[signature]*
Notary Public

"OFFICIAL SEAL"
CAROL A. HOEFLER
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 09/24/2009

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Robert B. Breisblatt

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on June 10, 1976 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, September 24, 2007.

*Juleann Hornyak*

Clerk



# The Florida Bar

651 East Jefferson Street
Tallahassee, Florida 32399-2300

John F. Harkness, Jr.
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )

        In Re: 145928
           Robert Burton Breisblatt
           1215 Hohlfelder Road
           Glencoe, IL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 6, 1972.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 21st day of September, 2007.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lvfl2/R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PURDUE PHARMA L.P., THE P.F.        :
LABORATORIES, INC. and PURDUE       :
PHARMACEUTICALS L.P.,               :    07 CV 8002 ( SHS )
                                    :
            Plaintiffs,             :    **AFFIDAVIT OF**
                                    :    **HARTWELL P. MORSE, III IN**
     -against-                      :    **SUPPORT OF ADMISSION**
                                    :    **PRO HAC VICE**
APOTEX INC. and APOTEX CORP.        :
                                    :
            Defendants.             :
------------------------------------------------------------------x

STATE OF ILLINOIS            )
                             ) ss:
COUNTY OF COOK               )

**Hartwell P. Morse, III**, being duly sworn, deposes and says:

1. I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case.

2. I am a member of the bar of the State of Illinois. Attached hereto as Exhibit A is a certificate of my good standing.

3. I am a member in good standing of the United States District Court for the Northern District of Illinois, United States District Court for the Western District of Kentucky, United States District Court for the Eastern District of Kentucky, United States Court of Appeals for the Sixth Circuit and the United States Court of Appeals for the Federal Circuit.

4. There are no disciplinary proceedings pending against me in any jurisdiction nor have I ever been the subject of any disciplinary hearing.

5.  I am familiar with the Local Rules of the United States District Court for the Southern District of New York and am willing and able to comply with each of the Rules.

*Hartwell P. Morse, III*

Sworn to before me this
28th day of September, 2007

_____
Notary Public

```
"OFFICIAL SEAL"
CAROL A. HOEFLER
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 08/24/2009
```

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Hartwell P. Morse, III

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 1988 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Monday, September 24, 2007.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PURDUE PHARMA L.P., THE P.F.                :
LABORATORIES, INC. and PURDUE               :
PHARMACEUTICALS L.P.,                       :         07 CV 8002 ( SHS )
                                            :
         Plaintiffs,                        :         **AFFIDAVIT OF**
                                            :         **KATHLEEN A. RHEINTGEN IN**
    - against-                              :         **SUPPORT OF ADMISSION**
                                            :         **PRO HAC VICE**
APOTEX INC. and APOTEX CORP.                :
                                            :
         Defendants.                        :
-----------------------------------------------------------------x

STATE OF ILLINOIS        )
                         ) ss:
COUNTY OF COOK           )

**Kathleen A. Rheintgen**, being duly sworn, deposes and says:

1.  I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case.

2.  I am a member of the bar of the State of Illinois. Attached hereto as Exhibit A is a certificate of my good standing.

3.  I am a member in good standing of the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Seventh, Eighth and Federal Circuits.

4.  There are no disciplinary proceedings pending against me in any jurisdiction nor have I ever been the subject of any disciplinary hearing.

5.  I am familiar with the Local Rules of the United States District Court for the Southern District of New York and am willing and able to comply with each of the Rules.

_____

Sworn to before me this
26 day of September, 2007

_____
Notary Public

```
OFFICIAL SEAL
MAWISH ELAHI
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 11/02/2010
```

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Kathleen A. Rheintgen

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 1988 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Monday, September 24, 2007.

*Juleann Hornyak*

Clerk

STATE OF NEW YORK            )
                             :   ss.:   AFFIDAVIT OF SERVICE BY MAIL
COUNTY OF NEW YORK           )

STEVEN GREER, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

2. On the 3rd day of October, 2007 I served the annexed **MOTION FOR AN ORDER ADMITTING ROBERT B. BREISBLATT, HARTWELL P. MORSE, III, AND KATHLEEN A. RHEINTGEN TO THE BAR OF THIS COURT *PRO HAC VICE*; AFFIDAVIT OF JONATHAN J. FAUST IN SUPPORT; and EXHIBITS** in this action, upon the following at the addresses indicated, by depositing true copies thereof, enclosed in properly addressed postpaid wrappers marked first class mail, in an official depository of the United States Postal Service within the State of New York:

Herbert F. Schwartz
Denise L. Loring
Pablo D. Hendler
Richard A. Inz
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Robert J. Goldman
525 University Ave., Suite 300
Palo Alto, CA 94301

John J. Normile
Jones Day
222 East 41st Street
New York, NY 10017

_____
STEVEN GREER

Sworn to before me this
3rd day of October, 2007

_____
Notary Public

THOMAS P. KILEY, JR.
NOTARY PUBLIC, State of New York
No. 01KI4770219
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires October 31, 2010

41327662.01
NYC01_84245571_1 10/3/2007