Case 1:07-cv-08002-SHS   Document 9   Filed 10/09/2007   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PURDUE PHARMA L.P., THE P.F.
LABORATORIES, INC. and PURDUE
PHARMACEUTICALS L.P.,

            Plaintiffs,

-against-

APOTEX INC. and APOTEX CORP.

           Defendants.
-----------------------------------------------------------x

07 CV 8002 (SHS)

**ORDER FOR ADMISSION
*PRO HAC VICE*
ON WRITTEN MOTION**

Upon the motion of Jonathan J. Faust, attorney for Defendants Apotex Inc. and Apotex Corp. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED THAT**:

    Robert B. Breisblatt
    Welsh & Katz, Ltd.
    120 South Riverside Plaza
    22nd Floor
    Chicago, Illinois 60606
    312-655-1500

    Hartwell P. Morse, III
    Welsh & Katz, Ltd.
    120 South Riverside Plaza
    22nd Floor
    Chicago, Illinois 60606
    312-655-1500

    Kathleen A. Rheintgen
    Welsh & Katz, Ltd.
    120 South Riverside Plaza
    22nd Floor
    Chicago, Illinois 60606
    312-655-1500

are admitted to practice *pro hac vice* as counsel for Defendants Apotex Inc. and Apotex Corp. in the above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
      October 9, 2007

                                          United States District Judge