UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
|  |  |
|---|---|
| PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., and PURDUE PHARMACEUTICALS L.P., | : : : |
| Plaintiffs, | : : |
| v. | : : |
| APOTEX INC. and APOTEX CORP., | : : |
| Defendants. | : : : : : |

Civil Action No. **07 civ 8002 (SHS)**
ECF CASE

**RULE 7.1 STATEMENT**

---------------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that Aposherm, Inc. is the parent of Apotex Corp.  No publicly held corporation owns 10% or more of Aposherm, Inc. or Apotex Corp.  Apotex Pharmaceutical Holdings Inc. is the parent of Apotex Inc.  No publicly held corporation owns 10% or more of Apotex Pharmaceutical Holdings Inc. or Apotex Inc.

Date: November 2, 2007

Respectfully submitted,

By:   /s/ Robert B. Breisblatt
       Robert B. Breisblatt (RB0626)
       Hart P. Morse III  (HM4801)
       Kathleen A. Rheintgen (KR8097)
       Dennis C. Lee  (DL9218)
       WELSH & KATZ, LTD.
       120 South Riverside Plaza – 22nd Floor

       Chicago, IL   60606
       (312) 655-1500

       KATTEN MUCHIN ROSENMAN LLP

       By:_____
            Jonathan J. Faust  (JF2037)
            Michael Sarney (MS3755)
            575 Madison Avenue
            New York, NY 10022
            (212) 940-8800

*Attorneys for Defendants, Apotex, Inc. and Apotex Corp.*