USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>OXYCONTIN ANTITRUST LITIGATION | 04-md-1603 (SHS)<br>This document relates to: |
| PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC., and<br>PURDUE PHARMACEUTICALS L.P.,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>APOTEX INC. and<br>APOTEX CORP.,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 07 CIV 8002 (SHS)<br><br><br>STIPULATED ORDER |

The parties stipulate to the following Order, subject to the approval of the Court.

1.  All proceedings related to defendants' antitrust counterclaims are stayed until further order of the Court, consistent with the stay entered on March 30, 2006 in MDL Order No. 2.

2.  All other proceedings are stayed until further order of the Court.

AGREED:

Dated: 12/20, 2007 ___/s/ P. Hendler___

Herbert F. Schwartz
Denise L. Loring
Pablo D. Hendler
Richard A. Inz
 ROPES & GRAY LLP
 1211 Avenue of the Americas
 New York, New York 10036
 (212) 596-9000

Robert J. Goldman
 ROPES & GRAY LLP
 525 University Avenue
 Suite 300
 Palo Alto, California 94301
 (650) 617-4000
*Attorneys for Plaintiffs and
Counterclaim Defendants
 Purdue Pharma L.P.,
 The P.F. Laboratories, Inc., and
 Purdue Pharmaceuticals L.P.*

OF COUNSEL:

John J. Normile
 JONES DAY
 222 East 41st Street
 New York, New York 10017
 Telephone: 212-326-3939
*Attorneys for Plaintiffs and
Counterclaim Defendants
 Purdue Pharma L.P.,
 The P.F. Laboratories, Inc., and
 Purdue Pharmaceuticals L.P.*

___/s/___

Jonathan J. Faust (JF2037)
Michael Sarney
 KATTEN MUCHIN
 ROSENMAN LLP
 575 Madison Avenue
 New York, NY 10022
 (212) 940-8800

Robert B. Breisblatt
Hart P. Morse III
Kathleen A. Rheintgen
Dennis C. Lee
 WELSH & KATZ, LTD.
 120 South Riverside Plaza
 22nd Floor
 Chicago, IL 60606
 (312) 655-1500 *Attorneys for
Defendants and Counterclaim
Plaintiffs
 Apotex Inc. and
 Apotex Corp.*

IT IS SO ORDERED: 12/21/07

Dated: _____

___/s/ Sidney H. Stein___
Sidney H. Stein
United States District Judge

2