UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>OXYCONTIN ANTITRUST LITIGATION | 04-md-1603 (SHS)<br><br>This document relates to: |
| PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC., and<br>PURDUE PHARMACEUTICALS L.P.,<br><br>          Plaintiffs/Counterclaim Defendants,<br><br>     v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>          Defendants/Counterclaim Plaintiffs. | Civil Action No. 07 CIV 8002 (SHS)<br><br>**NOTICE OF APPEARANCE OF ROBERT J. GOLDMAN**<br><br>THIS DOCUMENT WAS FILED ELECTRONICALLY VIA CM/ECF |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiffs, Purdue Pharma L.P., The P.F. Laboratories, Inc., and Purdue Pharmaceuticals L.P., in the above-captioned action and requests that a copy of all future papers in this action be served via ECF notice to the undersigned at the address stated below.

February 6, 2008

ROPES & GRAY LLP

*s/Robert J. Goldman*

Robert J. Goldman
 525 University Avenue, Suite 300
 Palo Alto, California  94301
 (650) 617-4000
robert.goldman@ropesgray.com

To:  Jonathan J. Faust
     KATTTEN MUCHIN ROSENMAN LLP
     525 Madison Avenue
     New York, NY  10022
     (212) 940-8800

     Robert B. Breisblatt
     Hart P. Morse III
     Kathleen A. Rheintgen
     WELSH & KATZ, LTD.
     120 South Riverside Plaza, 22nd Floor
     Chicago, IL  60606
     (312) 655-1500

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I caused to be electronically filed NOTICE OF APPEARANCE OF ROBERT J. GOLDMAN with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

*s/Robert J. Goldman*
Robert J. Goldman